IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO: 3:11-PO-00154 |
| **Plaintiff,** | * | **MAGISTRATE JUDGE MICHAEL J. NEWMAN** |
| -vs- | * | |
| **CHRISTOPHER P. DUDAS**<br>6442 Pleasant Valley Rd.<br>Dayton, OH 45424<br>ODL # RU385672<br>EXP. 9/4/2014 | * | **AMENDED**<br>**ORDER FOR DRIVING PRIVILEG** |
| **Defendant.** | * | |

Upon application and for good cause shown, Defendant, **CHRISTOPHER P. DUDAS**, is hereby permitted driving privileges as follows:

- To and from his employment at *Bonefish Grill,* located at 2818 Miamisburg Centerville Rd., Dayton, OH 45459, from 5:00 p.m. to 11:00 p.m., Saturdays.

- To and from his job as a teaching assistant/graduate instructor at Wright State University, located at 3640 Colonel Glenn Highway, Dayton, OH 45435, with the following schedule:

    11:00 a.m. - 4:30 p.m., Monday, Wednesday, Friday
    9:30 a.m. - 3:30 p.m., Tuesday and Thursday

- To and from his graduate classes at Wright State University, located at 3640 Colonel Glenn Highway, Dayton, OH 45435, with the following schedule:

    6:30 p.m. To 9:30 p.m., Wednesday (until December 13, 2012)
    5:00 p.m. To 9:00 p.m., Friday, October 26, 2012 only
    8:00 a.m. To 4:00 p.m., Saturday, October 27, 2012 only

- To and from his probation meetings.

No social driving is permitted. Plaintiff is to maintain liability insurance. Failure to

maintain liability insurance shall void this order.

APPROVED:

_Michael Newman, USMJ_
Magistrate Judge Michael J. Newman

9/14/12

BY:

/s/ Patrick A. Flanagan
PATRICK A. FLANAGAN (#0017658)
Attorney for Defendant
15 West Fourth Street, Ste. 100
Dayton, Ohio 45402
(937) 223-5200